UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 2:13-mj-6

RICHARD ANDREW KESSINGER,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 29, 2016 for an initial appearance on a probation violation. Defendant asked for release and the government opposed the request.

For reasons stated by the Court on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: 3/2/2016